Certificate Number: 01267-NJ-CC-032977264



01267-NJ-CC-032977264

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 17, 2019, at 7:00 o'clock AM MST, Albertha Jones received from Money Management International, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of New Jersey, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   June 17, 2019                    By:     /s/Dawn Enlow

                                         Name:   Dawn Enlow

                                         Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).